# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD WOOD, | ) Case No.: 1:19-cv-00100- DAD- JLT |
| Plaintiff, | ) ORDER DIRECTING THE CLERK TO ISSUE NEW CIVIL CASE DOCUMENTS AND SERVICE DOCUMENTS TO PLAINTIFF |
| v. | ) |
| ANDREW BASSET, et al., | ) ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS WITHIN THIRTY DAYS |
| Defendants. | ) |

As set forth in the Court's prior order (Doc. 3), Conrad Wood has stated a cognizable claim against defendant Andrew Basset in his complaint. Mr. Wood has decided against amending his complaint further. (Doc. 4) Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to issue New Civil Case Documents in this action.
2. Service of Plaintiff's Complaint is appropriate for, and shall be initiated on defendant Andrew Basset.
3. The Clerk of the Court is DIRECTED to send Plaintiff one USM-285 form, one summons, one Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on January 23, 2019 (Doc. 1).
4. Within **thirty days** from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

1

  a. A completed USM-285 form for the defendant identified above;

  b. A completed summons for the defendant identified above; and

  c. Two copies of the Complaint.

5. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. **<u>Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action pursuant to Local Rule 110.</u>**

IT IS SO ORDERED.

Dated: **February 11, 2019**    **/s/ Jennifer L. Thurston**
                 UNITED STATES MAGISTRATE JUDGE